UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN VELASQUEZ, | ) CASE NO. CV 13-8374-FMO (PJW) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order filed herewith,

IT IS HEREBY ADJUDGED that the Motion is denied and this matter is dismissed without prejudice.

DATED: November 25, 2013

                                           /s/
                                       FERNANDO M. OLGUIN
                                       UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Velasquez.Judgment.wpd